UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANBEER SINGH BRAR,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>Defendant. | Case No. 1:25-cv-01047-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITH PREJUDICE AS TIME-BARRED AND BARRED UNDER THE ELEVENTH AMENDMENT<br><br>(Docs. 1, 4, 6) |

Tanbeer Singh Brar, proceeding pro se and *in forma pauperis*, alleges that he was falsely arrested on May 26, 2021, and he seeks to hold the State of California liable for personal injury and the violation of his civil rights. Doc. 1 at 5-6.

After having conducted a preliminary review of Plaintiff's complaint, on September 3, 2025, the assigned magistrate judge issued findings and recommendations that this action be dismissed with prejudice because Plaintiff's claims are time-barred under the applicable statute of limitations. Doc. 4. The magistrate judge found that "Plaintiff was on notice of the bases of his current claim on May 26, 2021," which is the date on which he alleges he was unlawfully arrested, and that Plaintiff had not alleged any basis for equitable tolling of his claim. *Id.* at 5. The magistrate judge did not find any applicable tolling statute. *Id.* The magistrate further found that Plaintiff's false arrest claim against the State of California was barred under the Eleventh Amendment. *Id.*

On September 22, 2025, Plaintiff timely filed objections to the findings and recommendations. Doc. 6.[1] But Plaintiff's objections do not address the time-bar issue or the Eleventh Amendment sovereign immunity issue identified in the findings and recommendations. Plaintiff does not cite any authority supporting his conclusory allegation that the "action is not time barred in any way." *Id.* at 2. Plaintiff has not shown any basis on which his claim could proceed given the time bar of the statute of limitations. Nor does plaintiff address the sovereign immunity bar precluding his claim against the State of California.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the matter, including Plaintiff's objections, the Court finds the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued September 3, 2025 (Doc. 4), are adopted in full;
2. This action (Doc. 1) is dismissed with prejudice as time-barred and barred under the Eleventh Amendment; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 7, 2026

UNITED STATES DISTRICT JUDGE

[1] Plaintiff also filed a motion to disqualify the magistrate judge and the undersigned (Doc. 7), which was denied on October 3, 2025 (Doc. 8).